**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1703**

LISA MCKINNEY,

                Plaintiff – Appellant,

       v.

CAROLYN W. COLVIN, Acting Commissioner of the Social
Security Administration,

                Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Martin K. Reidinger,
District Judge.  (1:11-cv-00199-MR-DLH)

Submitted:  November 26, 2013    Decided:  December 18, 2013

Before NIEMEYER, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sarah H. Bohr, BOHR & HARRINGTON, LLC, Atlantic Beach, Florida;
Paul Townsend McChesney, MCCHESNEY & MCCHESNEY, PC, Spartanburg,
South Carolina, for Appellant. Paul B. Taylor, Assistant United
States Attorney, Anne M. Tompkins, United States Attorney,
Jeanne D. Semivan, Assistant Regional Counsel, SOCIAL SECURITY
ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa McKinney appeals the district court's orders: accepting the recommendation of the magistrate judge and upholding the Commissioner's decision denying McKinney's applications for disability insurance benefits and supplemental security income; and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKinney v. Colvin, No. 1:11-cv-00199-MR-DLH (W.D.N.C. Jan. 25 & Apr. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2